CHARLES A. BRECK, Appellant, *v.* FREDERICK A. RINGLER, Respondent.

Reported below, 72 Hun, 639.
(Argued October 14, 1895; decided October 29, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 13, 1893, which affirmed a judgment in favor of defendant dismissing the complaint on trial at Circuit.

*D. C. Calvin* for appellant.

*Henry Daily, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

HOMER KNAPP, Appellant, *v.* LEO J. HALL, Respondent.

Reported below, 70 Hun, 17.
(Argued October 15, 1895; decided October 29, 1895.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made June 23, 1893, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and granted a new trial.

*Nathaniel Foote* for appellant.

*Theodore Bacon* for respondent.

Order affirmed, and judgment absolute ordered for the defendant on the stipulation, with costs in all courts; no opinion.

All concur, except BARTLETT, J., dissenting and HAIGHT, J., not sitting.